IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:24CR142 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MELE, | ) | MOTION TO TRANSFER RELATED |
| | ) | CASE TO THE DOCKET OF JUDGE |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Rebecca C.

Lutzko, United States Attorney, and Joseph P. Dangelo, Assistant United States Attorney, and

moves this Court for an order, pursuant to Local Rule 57.9(b)(3), reassigning this case to the

docket of Judge Donald C. Nugent.  This motion is made as Case Number 4:24CR0019, United

States v. Michael Mele, is currently pending and is assigned to Judge Donald C. Nugent.  This

matter charges crimes that are part of the same course of conduct and allegations involved in

Case Number 4:24CR0019.  To allow for the expeditious administration of these cases, the

government respectfully requests that the Court immediately enter an order transferring this

matter to the docket of Judge Donald C. Nugent.  Counsel for the Defendant, James Kersey does

not object to said transfer.

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Judge Donald C. Nugent.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:    /s/ Joseph P. Dangelo
JOSEPH P. DANGELO
  (OH: 0079898)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0530
(330) 375-5492 (facsimile)
Joseph.Dangelo@usdoj.gov